# United States District Court
## Northern District of Illinois
### Eastern Division

Carol Hennessy                         **JUDGMENT IN A CIVIL CASE**

       v.                                    Case Number: 07 C 550

University of Chicago

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the reasons stated in the Court's memorandum opinion dated 02/26/08, Defendant University of Chicago's motion for summary judgment [35] is granted in its entirety. Plaintiff's counsel's motion to withdraw [61] is denied.

                                         Michael W. Dobbins, Clerk of Court

Date: 2/26/2008                       ___/s/ Michael Wing_____
                                       /s/ Michael Wing, Deputy Clerk